# FINANCIAL AFFIDAVIT

IN UNITED STATES  ☒ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US v.s. Rodrigues

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Edson Rodrigues

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 04-58
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: DUMONT CONST. PIPIWELLS REST.
IF YES, how much do you earn per month? $ 1,200
IF NO, give month and year of last employment. How much did you earn per month? $ ___

If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No
RECEIVED: $ ___   SOURCES: ___

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No   IF YES, state total amount $ 200.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $ 2,500   DESCRIPTION: CARS

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ MARRIED
Total No. of Dependents: 04
List persons you actually support and your relationship to them:
LESCI MARIA C. RODRIGUES
GERALDO R. MONTEIRO
MARIA GOMES RODRIGUES
DIVINA MARIA DE CARVALHO

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt |
|---|---|---|---|
| APARTMENT | | $ — | $ 700.00 |
| TELEPHONE | | $ — | $ 90.00 |
| FOOD, CLOTHING | | $ — | $ 300.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 08-31-04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Edson Soares Rodrigues