AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

EDSON GOMES RODRIGUES
6 S. Main Street
Milford, MA 01757

(Name and Address of Defendant)

*AMENDED*
**CRIMINAL COMPLAINT**

CASE NUMBER: 04-58

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 25, 2001__ in __Bristol__ county, in the __District of__ __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

knowingly possess an identification document that is or appears to be an identification document of the United States which was provided without lawful authority knowing that such document was provided without such authority

in violation of Title __18__ United States Code, Section(s) __1028(a)(6)__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following
                                    Official Title
facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:  [✓] Yes  [ ] No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__September 10, 2004__  at  __Boston, MA__
Date                              City and State

__Lawrence P Cohen, USMJ__       _____
Name & Title of Judicial Officer     Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

JS 45 (5/97) - (Revised USAO MA 1/15/04)

# Criminal Case Cover Sheet                                         U.S. District Court - District of Massachusetts

**Place of Offense:** Massachusetts   **Category No.** III   **Investigating Agency** SSA

**City** Taunton   **Related Case Information:**

**County** Bristol

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant   X   New _____
Magistrate Judge Case Number   04-M00058-LPC
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Edson Gomes Rodrigues   Juvenile ☐ Yes  ☒ No

**Alias Name** _____

**Address** 6 S. Main Street, Milford, MA 01757

**Birth date (Year only):** 1964   **SSN (last 4 #):** 7668   **Sex** M   **Race:** Hispanic   **Nationality:** Brazilian

**Defense Counsel if known:** George Gormley   **Address:** 655 Summer Street
                                                              Boston, MA 02210

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** Jeremy M. Sternberg   **Bar Number if applicable** _____

**Interpreter:** ☒ Yes  ☐ No   **List language and/or dialect:** Portuguese

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

## Location Status:

**Arrest Date:** August 31, 2004

☒ Already in Federal Custody as   of August 31, 2004   in   Plymouth House of Correction .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

**Charging Document:**   ☒ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:**   ☐ Petty _____   ☒ Misdemeanor _____   ☐ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** September 10, 2004   **Signature of AUSA:** _/s/ Jeremy M. Sternberg_

## AFFIDAVIT OF SPECIAL AGENT VANCE ELY

I, Vance Ely, having been duly sworn, do hereby depose and state as follows:

1. I have been a Special Agent with the United States Social Security Administration ("SSA"), Office of the Inspector General, Office of Investigations, Boston Field Office, since May 1997. My duties include investigating violations of Title 42 and Title 18 of the United States Code. During the period of my employment, I have conducted numerous investigations of fraud and other criminal violations. I was previously employed by the United States Department of Justice, Immigration & Naturalization Service, as an Immigration Inspector for 4 ½ years. I also hold a Bachelor of Science degree from Westfield State College.

2. SSA is an agency within the Executive Branch of the United States Government responsible for approving applications for Social Security Numbers and issuing Social Security Number Cards to eligible applicants, as well as managing and administering retirement, disability, survivor benefits, and Supplemental Security Income programs to our nation's eligible beneficiaries.

3. The Social Security Act (42 U.S.C. §301 et seq.) was enacted in 1935 to provide for the general welfare by establishing a system of Federal Benefits. The Social Security Number ("SSN"), a nine digit number, was devised as a means to keep track of the earnings of individuals who work under covered employment. Along with the SSN, the Social Security Number Card ("SSNC") was created. SSNCs are issued with or without employment restrictions depending upon the eligibility of the individual making application. The Social Security Number Card bears a Social Security Number; shows the name of the person whose record is identified by that SSN; and contains a space for the person's signature.

4. The information set forth in this affidavit is based on my own investigation, my review of relevant SSA records, and information provided by others. This affidavit does not contain all information received during the course of the investigation but contains those facts that I believe are necessary and sufficient to establish probable cause for the issuance of the requested criminal complaint charging EDSON GOMES RODRIGUES ("RODRIGUES" or "Defendant") with fraud in violation of

2

18 U.S.C. §1028(a)(6).[1]

5. RODRIGUES is a native and citizen of Brazil and, according to records maintained by Immigration and Customs Enforcement, at all relevant times he has not been present legally in the United States.

6. As an alien illegally present in the United States, RODRIGUES is not entitled to receive a Social Security Account number card.

7. On March 21, 2001, RODRIGUES applied for a Social Security Account number card. RODRIGUES falsely represented on the application, known as an SS-5, that he was a legal alien allowed to work, knowing that, in truth and in fact, he was not a legal alien allowed to work.[2]

8. As a result of providing false information,

---

[1] 18 U.S.C. §1028(a)(6) provides in pertinent part: Whoever ... knowingly possesses an identification document that is or appears to be an identification document of the United States which is ... produced without lawful authority knowing that such document was ... produced without such authority [shall be guilty of a crime].

[2] Defendant's SS-5 application was processed by former SSA employee Jesse Rocha. On September 8, 2003, he pled guilty to conspiracy to commit fraud in connection with identification documents in violation of 18 U.S.C. §1028(f); conspiracy to commit offenses against the United States in violation of 18 U.S.C. §371; conspiracy to launder monetary instruments in violation of 18 U.S.C. §1956(h) and fraud and misuse of documents in violation of 18 U.S.C. §1546(a). During his plea colloquy, Rocha admitted to processing and approving over 1700 applications for SSNCs for illegal aliens during the period from April 2000 to December 2002. See Ind. 02-10405-GAO.

RODRIGUES received and possessed a Social Security card with social security account number 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.

Based upon the foregoing information, I believe there is probable cause to believe that on July 25, 2001, RODRIGUES did knowingly possess an identification document that is or appears to be an identification document of the United States which was ... produced without lawful authority knowing that such document was ... produced without such authority in violation of Title 18, United States Code, Section 1028(a)(6).

_____
Vance Ely
Special Agent
United States Social Security
Administration
Office of Inspector General


Subscribed and sworn to before me this 10th day of September, 2004

_____
LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE

4